James Marquoit (argued), Portland, Or., for appellant.

Tommy Hawk (argued), Asst. U. S. Atty., Sidney I. Lezak, U. S. Atty., Portland, Or., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and JAMESON, District Judge.

PER CURIAM:

The judgment of conviction is affirmed.

Here the attack is on the underlying search warrant. We do not find that the affidavit for the warrant comes within the ambit of Spinelli v. United States, 393 U.S. 410, 89 S.Ct. 584, 21 L.Ed.2d 637.

PER CURIAM:

The judgments of conviction are affirmed.

We find no illegally "seized" evidence as a matter of law, no illegal search under the circumstances, and find adequate evidence to support the verdict.

On the first contention the court accepts United States v. Polansky, 418 F.2d 444 (2d Cir., 1969); United States v. Tropiano, 418 F.2d 1069 (2d Cir., 1969); Doty v. United States, 416 F.2d 887 (10th Cir., 1968); and Dryden v. United States, 391 F.2d 214 (5th Cir., 1968).

**Fred FREESTONE, Appellant,**

v.

**Robert H. FINCH, United States Secretary of Health, Education and Welfare.**

No. 18535.

United States Court of Appeals, Third Circuit.

Argued Sept. 14, 1970.

Decided Sept. 16, 1970.

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Noel BROWN, Appellant.**

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Sylvester RILEY, Appellant.**

Nos. 25618, 25643.

United States Court of Appeals, Ninth Circuit.

Sept. 9, 1970.

Carl E. Stewart, Los Angeles, Cal., for Brown.

Joseph T. Vodnoy, Los Angeles, Cal., for Riley.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Criminal Division, Brian J. O'Neill, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and PECKHAM, District Judge.

Thomas F. Shebell, Asbury Park, N. J., for appellant.

Judith S. Seplowitz, U. S. Department of Justice, Civil Division, William D. Ruckelshaus, Asst. Atty. Gen., Frederick B. Lacey, U.S. Atty., Morton Hollander, Atty., Department of Justice, Washington, D. C., for appellee.

Before STALEY, SEITZ and GIBBONS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

We have examined the record in this case and we can find no error. The judgment of the district court will be affirmed.